# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   26−10627−BFK
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yatoka Y Proctor
3445 Washington Blvd Apt 305
Arlington, VA 22291

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8363

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
### AND HEARING THEREON

**TO:       DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on March 16, 2026. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  March 30, 2026**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Chapter 7 Statement of Your Current Monthly Income**
**Declaration About Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Chief Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314*
*Date: April 21, 2026*
*Time: 09:30 AM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   March 17, 2026

/s/   Renier G Jessel
Deputy Clerk
Direct Dial Telephone No. (703) 258−1219

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 26-10627-BFK

Yatoka Y Proctor                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: RenierJes                          Page 1 of 2
Date Rcvd: Mar 17, 2026                       Form ID: 1007115                         Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yatoka Y Proctor, 3445 Washington Blvd Apt 305, Arlington, VA 22201-4545 |
| 16992234 | + | Barbara Fakoury Esq, PO Box 883, Fairfax, VA 22038-0883 |
| 16992239 | + | Elite Auto Sales, 1372 John Marshall Hwy, Front Royal, VA 22630-4510 |
| 16992240 | + | Financial Management Solutions, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-1000 |
| 16992242 | + | Franklin Park, 6220 Springhill Dr,, Greenbelt, MD 20770-1307 |
| 16992244 | + | HOME PROPERTIES PARK SHIRLINGTON, LLC, 4510 31st St S, Arlington, VA 22206-4912 |
| 16992246 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16992247 | + | Robert Perry Esq, 4101 CHAIN BRDG RD #209, Fairfax, VA 22030-4105 |
| 16992249 | + | Skopos Financial, 500 East John Carpenter Freeway, Suite 3, Irving, TX 75062-3905 |
| 16992250 | + | Teaundre Taylor, 12813 Wheatland Way, Brandywine, MD 20613-8893 |
| 16992251 | + | Terwilliger Place, 3445 Washington Blvd, Arlington, VA 22201-4543 |
| 16992252 | + | USA Discounters, 3320 HOLLAND RD, Virginia Beach, VA 23452-4826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16992232 | + | Email/Text: bankruptcy@acima.com | Mar 18 2026 02:29:00 | Acima Leasing, 13907 Minuteman Drive, 5th Floor, Draper, UT 84020-9869 |
| 16992233 | + | Email/Text: bankruptcy@acacceptance.com | Mar 18 2026 02:29:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 16992237 | | Email/Text: correspondence@credit-control.com | Mar 18 2026 02:29:00 | Credit Control, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 16992235 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 02:37:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16992236 | + | Email/Text: documentfiling@lciinc.com | Mar 18 2026 02:28:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16992238 | + | Email/Text: membersolutionscenter@esfcu.org | Mar 18 2026 02:29:00 | Educational Systems FCU, 7500 GREENWAY CENTER DR, 13th Floor, Greenbelt, MD 20770-3575 |
| 16992243 | | Email/Text: bankruptcy@frontroyalfcu.org | Mar 18 2026 02:29:00 | Front Royal FCU, 230 N Royal Ave, Front Royal, VA 22630 |
| 16992241 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 18 2026 02:37:11 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16992248 | | Email/Text: sagnew@stwfirm.com | Mar 18 2026 02:29:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
| 16992253 | + | Email/Text: inchargehq@westcreekfin.com | Mar 18 2026 02:30:00 | WC Koalifi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |

District/off: 0422-9                     User: RenierJes                              Page 2 of 2
Date Rcvd: Mar 17, 2026                  Form ID: 1007115                        Total Noticed: 22
TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16992245 | ##+ | MDG US Inc., 135 Veterans Memorial Hwy, Mableton, GA 30126-2613 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Yatoka Y Proctor dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3