**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Yatoka Y Proctor<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–8363<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of Virginia | | Date case filed for chapter:     7     3/16/26 |
| Case number:   26–10627–BFK | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Yatoka Y Proctor | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3445 Washington Blvd Apt 305<br>Arlington, VA 22291 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101 | Contact phone (703) 734–3800<br>Email: dpress@chung–press.com |
| 5. | **Bankruptcy trustee**<br>Name and address | H. Jason Gold<br>H. Jason Gold, Trustee<br>P.O. Box 57359<br>Washington, DC 20037 | Contact phone 804–223–2031<br>Email:<br>goldtrustee@fiduciaryservicesgroup.com |

**For more information, see page 2 >**

Debtor  **Yatoka Y Proctor**                                                                          Case number **26–10627–BFK**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>Charri S Stewart<br><br>Date: March 17, 2026 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 22, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to: www.justice.gov/ust/moc | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 774 319 1984, and Passcode 7299037886, or call 1(571) 832–1846** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>  or<br><br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  June 22, 2026** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                  page 2

Debtor  **Yatoka Y Proctor**                                                                          Case number **26–10627–BFK**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Payment may be made by non debtor's check, money order, or cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non debtor's credit card. Cash is NOT accepted. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                    page 3

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                Case No. 26-10627-BFK

Yatoka Y Proctor                                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 309A | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yatoka Y Proctor, 3445 Washington Blvd Apt 305, Arlington, VA 22201-4545 |
| 16992234 | + | Barbara Fakoury Esq, PO Box 883, Fairfax, VA 22038-0883 |
| 16992239 | + | Elite Auto Sales, 1372 John Marshall Hwy, Front Royal, VA 22630-4510 |
| 16992240 | + | Financial Management Solutions, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-1000 |
| 16992242 | + | Franklin Park, 6220 Springhill Dr,, Greenbelt, MD 20770-1307 |
| 16992244 | + | HOME PROPERTIES PARK SHIRLINGTON, LLC, 4510 31st St S, Arlington, VA 22206-4912 |
| 16992246 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16992247 | + | Robert Perry Esq, 4101 CHAIN BRDG RD #209, Fairfax, VA 22030-4105 |
| 16992249 | + | Skopos Financial, 500 East John Carpenter Freeway, Suite 3, Irving, TX 75062-3905 |
| 16992250 | + | Teaundre Taylor, 12813 Wheatland Way, Brandywine, MD 20613-8893 |
| 16992251 | + | Terwilliger Place, 3445 Washington Blvd, Arlington, VA 22201-4543 |
| 16992252 | + | USA Discounters, 3320 HOLLAND RD, Virginia Beach, VA 23452-4826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dpress@chung-press.com | Mar 18 2026 02:28:00 | Daniel M. Press, Chung & Press, P.C., 6718 Whittier Ave., Suite 200, McLean, VA 22101 |
| tr | + | EDI: FHJGOLD.COM | Mar 18 2026 06:12:00 | H. Jason Gold, H. Jason Gold, Trustee, P.O. Box 57359, Washington, DC 20037-0359 |
| 16992232 | + | Email/Text: bankruptcy@acima.com | Mar 18 2026 02:29:00 | Acima Leasing, 13907 Minuteman Drive, 5th Floor, Draper, UT 84020-9869 |
| 16992233 | + | Email/Text: bankruptcy@acacceptance.com | Mar 18 2026 02:29:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 16992237 | | Email/Text: correspondence@credit-control.com | Mar 18 2026 02:29:00 | Credit Control, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 16992235 | + | EDI: CAPITALONE.COM | Mar 18 2026 06:06:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16992236 | + | EDI: COMCASTCBLCENT | Mar 18 2026 06:06:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16992238 | + | Email/Text: membersolutionscenter@esfcu.org | Mar 18 2026 02:29:00 | Educational Systems FCU, 7500 GREENWAY CENTER DR, 13th Floor, Greenbelt, MD 20770-3575 |
| 16992243 | | Email/Text: bankruptcy@frontroyalfcu.org | Mar 18 2026 02:29:00 | Front Royal FCU, 230 N Royal Ave, Front Royal, VA 22630 |
| 16992241 | + | EDI: AMINFOFP.COM | Mar 18 2026 06:06:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16992248 | | Email/Text: sagnew@stwfirm.com | | |

District/off: 0422-9                          User: RenierJes                              Page 2 of 2
Date Rcvd: Mar 17, 2026                       Form ID: 309A                       Total Noticed: 24

| | | | Mar 18 2026 02:29:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
|---|---|---|---|---|
| 16992253 | + | Email/Text: inchargehq@westcreekfin.com | | |
| | | | Mar 18 2026 02:30:00 | WC Koalifi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16992245 | ##+ | MDG US Inc., 135 Veterans Memorial Hwy, Mableton, GA 30126-2613 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Yatoka Y Proctor dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3