# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case
Name:**      **Yatoka Y Proctor**


**Case Number:   26−10627−BFK**                    **Date Filed:   March 16, 2026**


The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.


Parties with legal representation **must** file documents in accordance with the following:

1.    The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2.    You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3.    You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**


**Important Note: All parties without legal representation, <u>except</u> governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  March 17, 2026                          Charri S Stewart
[VAN062vJul2025.jsp]                          Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                         Case No. 26-10627-BFK

Yatoka Y Proctor                                                       Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                            User: RenierJes                                Page 1 of 2

Date Rcvd: Mar 17, 2026                        Form ID: VAN062                             Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yatoka Y Proctor, 3445 Washington Blvd Apt 305, Arlington, VA 22201-4545 |
| 16992234 | + | Barbara Fakoury Esq, PO Box 883, Fairfax, VA 22038-0883 |
| 16992239 | + | Elite Auto Sales, 1372 John Marshall Hwy, Front Royal, VA 22630-4510 |
| 16992240 | + | Financial Management Solutions, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-1000 |
| 16992242 | + | Franklin Park, 6220 Springhill Dr,, Greenbelt, MD 20770-1307 |
| 16992244 | + | HOME PROPERTIES PARK SHIRLINGTON, LLC, 4510 31st St S, Arlington, VA 22206-4912 |
| 16992246 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16992247 | + | Robert Perry Esq, 4101 CHAIN BRDG RD #209, Fairfax, VA 22030-4105 |
| 16992249 | + | Skopos Financial, 500 East John Carpenter Freeway, Suite 3, Irving, TX 75062-3905 |
| 16992250 | + | Teaundre Taylor, 12813 Wheatland Way, Brandywine, MD 20613-8893 |
| 16992251 | + | Terwilliger Place, 3445 Washington Blvd, Arlington, VA 22201-4543 |
| 16992252 | + | USA Discounters, 3320 HOLLAND RD, Virginia Beach, VA 23452-4826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16992232 | + | Email/Text: bankruptcy@acima.com | Mar 18 2026 02:29:00 | Acima Leasing, 13907 Minuteman Drive, 5th Floor, Draper, UT 84020-9869 |
| 16992233 | + | Email/Text: bankruptcy@acacceptance.com | Mar 18 2026 02:29:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 16992237 | | Email/Text: correspondence@credit-control.com | Mar 18 2026 02:29:00 | Credit Control, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 16992235 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 02:37:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16992236 | + | Email/Text: documentfiling@lciinc.com | Mar 18 2026 02:28:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16992238 | + | Email/Text: membersolutionscenter@esfcu.org | Mar 18 2026 02:29:00 | Educational Systems FCU, 7500 GREENWAY CENTER DR, 13th Floor, Greenbelt, MD 20770-3575 |
| 16992243 | | Email/Text: bankruptcy@frontroyalfcu.org | Mar 18 2026 02:29:00 | Front Royal FCU, 230 N Royal Ave, Front Royal, VA 22630 |
| 16992241 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 18 2026 02:37:22 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16992248 | | Email/Text: sagnew@stwfirm.com | Mar 18 2026 02:29:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
| 16992253 | + | Email/Text: inchargehq@westcreekfin.com | Mar 18 2026 02:30:00 | WC Koalifi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |

District/off: 0422-9                                   User: RenierJes                                   Page 2 of 2
Date Rcvd: Mar 17, 2026                               Form ID: VAN062                                 Total Noticed: 22
TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16992245 | ##+ | MDG US Inc., 135 Veterans Memorial Hwy, Mableton, GA 30126-2613 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Yatoka Y Proctor dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com  VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3