Certificate Number: 06531-VAE-DE-040871515

Bankruptcy Case Number: 26-10627



06531-VAE-DE-040871515

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2026</u>, at <u>8:08</u> o'clock <u>AM CDT</u>, <u>Yatoka Y Proctor</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   <u>April 18, 2026</u>                    By:     <u>/s/Maria Gonzalez Guillen</u>

Name:   <u>Maria Gonzalez Guillen</u>

Title:   <u>Certified Credit Counselor</u>