**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

-------------------------------------------------------------X

**In re:**                                            :          **Chapter 7**
                                                      :
**Yatoka Y Proctor**                                  :          **No.  26-10627**
                                                      :
       **Debtor.**                              :
                                                      :
-------------------------------------------------------------X

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

                  _/s/ Daniel M. Press_____
                  Daniel M. Press, VSB 37123
                  Law Offices of Daniel M. Press
                  201 Washington St.
                  Cumberland MD 21502
                  (703) 725-7600
                  dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 7 Trustee and all parties requesting notice by CM/ECF.

 /s/ Daniel M. Press_____
Daniel M. Press

2