**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yatoka Y Proctor<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–8363<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Eastern District of Virginia | | |
| Case number: | 26–10627–BFK | | |

# Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yatoka Y Proctor

August 14, 2026

**For the court:** Charri S Stewart
Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 26-10627-BFK
Yatoka Y Proctor Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: RenierJes Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: 318 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yatoka Y Proctor, 3445 Washington Blvd Apt 305, Arlington, VA 22201-4545 |
| 16992234 | + | Barbara Fakoury Esq, PO Box 883, Fairfax, VA 22038-0883 |
| 16992239 | + | Elite Auto Sales, 1372 John Marshall Hwy, Front Royal, VA 22630-4510 |
| 16992240 | + | Financial Management Solutions, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-1000 |
| 16992242 | + | Franklin Park, 6220 Springhill Dr,, Greenbelt, MD 20770-1307 |
| 16992244 | + | HOME PROPERTIES PARK SHIRLINGTON, LLC, 4510 31st St S, Arlington, VA 22206-4912 |
| 16992246 | | Portfolio Recovery, Riverside Commerce Center, Norfolk, VA 23502 |
| 16992247 | + | Robert Perry Esq, 4101 CHAIN BRDG RD #209, Fairfax, VA 22030-4105 |
| 16992249 | + | Skopos Financial, 500 East John Carpenter Freeway, Suite 3, Irving, TX 75062-3905 |
| 16992250 | + | Teaundre Taylor, 12813 Wheatland Way, Brandywine, MD 20613-8893 |
| 16992251 | + | Terwilliger Place, 3445 Washington Blvd, Arlington, VA 22201-4543 |
| 16992252 | + | USA Discounters, 3320 HOLLAND RD, Virginia Beach, VA 23452-4826 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16992232 | + | Email/Text: bankruptcy@acima.com | Aug 15 2026 02:18:00 | Acima Leasing, 13907 Minuteman Drive, 5th Floor, Draper, UT 84020-9869 |
| 16992233 | + | Email/Text: bankruptcy@acacceptance.com | Aug 15 2026 02:18:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 16992237 | | Email/Text: correspondence@credit-control.com | Aug 15 2026 02:18:00 | Credit Control, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 16992235 | + | EDI: CAPITALONE.COM | Aug 15 2026 05:58:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16992236 | + | EDI: COMCASTCBLCENT | Aug 15 2026 05:58:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 16992238 | + | Email/Text: membersolutionscenter@esfcu.org | Aug 15 2026 02:18:00 | Educational Systems FCU, 7500 GREENWAY CENTER DR, 13th Floor, Greenbelt, MD 20770-3575 |
| 16992243 | | Email/Text: bankruptcy@frontroyalfcu.org | Aug 15 2026 02:18:00 | Front Royal FCU, 230 N Royal Ave, Front Royal, VA 22630 |
| 16992241 | + | EDI: AMINFOFP.COM | Aug 15 2026 05:58:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16992245 | + | Email/Text: financeadmin@mdg.com | Aug 15 2026 02:18:00 | MDG US Inc., 3422 Old Capitol Trail, PMB# 1993, Wilmington, DE 19808-6124 |
| 16995572 | + | Email/Text: financeadmin@mdg.com | Aug 15 2026 02:18:00 | MDG USA Inc., 3422 Old Capitol Trail, PMB# 1993, Wilmington, DE 19808-6124 |
| 16992248 | | Email/Text: sagnew@stwfirm.com | Aug 15 2026 02:18:00 | Schrier Tolin & Wagman LLC, 700 King Farm Blvd Ste 625, Rockville, MD 20850 |
| 16992253 | + | Email/Text: inchargehq@westcreekfin.com | Aug 15 2026 02:19:00 | WC Koalifi, 4951 Lake Brook Dr, Glen Allen, VA |

23060-9279

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Yatoka Y Proctor dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| H. Jason Gold | goldtrustee@fiduciaryservicesgroup.com VA19@ecfcbis.com;hjg@trustesolutions.net;lgrahl@fsscommerce.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3